# EXHIBIT A

REDACTED

---------- Forwarded message ---------
From: **U.S. Department of Justice - VNS** <fedemail@vns.usdoj.gov>
Date: Sun, Nov 10, 2024 at 3:00 PM
Subject: U.S. Department of Justice - VNS - Investigative Case 288A-DE-3728795
To:

DO NOT REPLY TO THIS EMAIL.

| | |
|---|---|
| logo | **U.S. Department of Justice**<br>Federal Bureau of Investigation<br>Detroit Division<br>477 Michigan Ave<br>26th Floor<br>Detroit, MI 48226<br>Phone: DE-CYVictim@fbi.gov<br>Email: DE-CYVictim@fbi.gov |
| November 10, 2024 | |

RE: Case Number: 288A-DE-3728795

Dear  :

As a Victim Specialist with the Federal Bureau of Investigation (FBI), Victim Services Division (VSD), Detroit Division, I am contacting you because you have been identified as a possible victim of a federal crime. The FBI is responsible for ensuring that victims receive information and services during the investigation of a federal crime while being treated with dignity and respect.

As a possible victim of a federal crime, you are legally entitled to receive certain services and assistance including notifications on the case listed above. We will make every effort to keep you informed about the case to the extent that we can while not interfering with the investigation. We are also committed to providing you with support and information about available services, programs, and resources. Please contact me if you would like information or referrals for services in your area.

**Throughout the investigation you may receive multiple notifications. The purpose of this initial letter is to notify you that this case is currently under investigation.** If the

investigation results in the filing of federal charges, notifications will be sent to you by the United States Attorney's Office.

If you have questions about this notification or would like information about available resources, you can contact DE-CYVictim@fbi.gov. If you would like to verify the legitimacy of this notification, please contact the FBI Detroit Field Office at (313) 965-2323. You can also find this phone number listed on FBI Detroit's website.

Due to the large number of potential victims in this case, you will likely not receive additional correspondence by mail. Updates will continue to be available in VNS, through your profile or by email. VNS must have an email address on file to send updates and notifications by email. You can verify or enter your email address by logging into VNS and updating your contact information.

Below you will find information on the Victim Notification System (VNS). VNS is designed to keep victims informed about their case. The system incorporates outgoing notifications such as this letter, a call center, and an online tool. The call center and online tool also allow you to update your contact information and notification preferences. Through VNS, please remember that you may choose to stop or resume notifications at any time. Given the sensitivity of some information, case status information available through VNS may be very limited. Lastly, if you wish to receive important notifications in your case, it is your individual responsibility to maintain current contact information in the system.

Current information regarding the status of your case can be found on the Internet at https://www.notify.usdoj.gov or by calling the Victim Notification System (VNS) Call Center at 1-866-DOJ-4YOU (1-866-365-4968). You will need to enter your Victim Identification Number (VIN)          and your Personal Identification Number (PIN)         anytime you contact the Call Center and the first time you log into VNS on the Internet. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is          .

You can also use the Call Center and the Internet to correct/update your contact information and/or change your decision regarding participation in the notification system. Your participation in this notification system is totally voluntary. You can choose not to participate or reactivate your access at any time. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

The email address VNS currently has for you is                                   . If this address is correct and you have not received an email from VNS within four days of the date of this letter, please check your junk/spam folder and accept emails from fedemail@vns.usdoj.gov. If the email address provided above is incorrect, please update the email address by accessing the VNS Web site. This email address has not been verified in VNS and future emails will not contain details about the nature of the notification. To receive subsequent emails with the full text of the notification you must verify this email address by accessing the VNS Internet web page using the login information provided above.

Once you have verified/updated your email address, most, if not all, future notifications will be provided by email and not by letter. If you do not verify your email address, VNS will

continue (in most cases) to send letter and email notifications. However, when an email address is not verified, future emails will not contain details about the nature of the notification.

If you have additional questions related to this matter, please contact me at [DE-CYVictim@fbi.gov](mailto:DE-CYVictim@fbi.gov). When you call, please provide the file number located at the top of this letter.

Sincerely,

Nicole McGee
Victim Specialist

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address, you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My Information", provide a new address and click the "update" button.

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the "Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk at phone number 1-866-625-1631 for assistance and questions.

Attachments have been referenced with this notification and are available on the VNS Internet site (or will be available within 8 hours). After you log into the website select "Downloads/Links" to view the attachments.