# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jane Doe | ) | |
| | ) | Case No.   25 C 4233 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| Matthew Weiss et al | ) | |

**ORDER**

Defendant Matthew Weiss's motion seeking to file his response to the complaint 21 days after the other defendants have responded [50] is respectfully denied. The Court does not agree that this would promote the more efficient litigation of the case. The Court also notes that Mr. Weiss (who is appearing pro se) has not filed a pro se appearance form and thus has not stated how he wishes to receive notice. The Clerk is directed to send Mr. Weiss a pro se appearance form and a copy of this order at the following address: Matthew Weiss; 2075 W. Stadium Blvd.; Unit 1066; Ann Arbor MI  48106.

Date: 7/8/2025                                                    /s/ Matthew F. Kennelly
                                                                            United States District Judge